# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| RODNEY LAMAR SELF, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 2:13-cv-00049-MR |
| | ) | [2:08-cr-00028-MR] |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2014 Memorandum of Decision and Order.

January 21, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court